# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shields, Anne Y. | U.S. District Court for the Eastern District of New York | 02/20/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

United States Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 02/20/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Cablevision (pension) |
| 2. 2019 | Lockheed Martin (pension) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 02/20/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Shields, Anne Y.** | 02/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Individual Assets (H) | | | | | | | | | |
| 2.   HSBC (cash) | A | Interest | K | T | | | | | |
| 3.   Cablevision Cash Balance Pension Plan (cash) (Y) | | | | | | | | | |
| 4.   Rental Property #1, Suffolk County, NY | E | Rent | O | W | | | | | |
| 5.   IRA #1 (H) | | | | | | | | | |
| 6.   Charles Schwab Bank Sweep Acct (cash) (X) | A | Interest | J | T | | | | | |
| 7.   iShares Core MSCI Emerg Mkts (IEMG) | C | Dividend | M | T | Buy (add'l) | 01/07/19 | J | | |
| 8.   | | | | | Buy (add'l) | 09/19/19 | J | | |
| 9.   iShares Core S&P Mid Cap ETF (IJH) | A | Dividend | K | T | Buy (add'l) | 01/07/19 | J | | |
| 10.  | | | | | Sold (part) | 03/20/19 | J | A | |
| 11.  | | | | | Sold (part) | 06/11/19 | J | A | |
| 12.  | | | | | Sold (part) | 09/19/19 | J | A | |
| 13.  | | | | | Sold (part) | 12/09/19 | J | A | |
| 14.  iShares S&P Small Cap 600 Indx ETF (IJR) | A | Dividend | L | T | Buy (add'l) | 01/07/19 | J | | |
| 15.  | | | | | Sold (part) | 03/20/19 | J | | |
| 16.  | | | | | Buy (add'l) | 06/13/19 | J | | |
| 17.  | | | | | Sold (part) | 09/19/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Shields, Anne Y.** | 02/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | SPDR Bloom Barc Intl Trs Bd ETF (BWX) | A | Dividend | | | Sold | 03/20/19 | L | | |
| 19. | Vanguard FTSE Developed Mkts ETF (VEA) | C | Dividend | M | T | Buy (add'l) | 03/20/19 | J | | |
| 20. | | | | | | Buy (add'l) | 06/13/19 | J | | |
| 21. | | | | | | Buy (add'l) | 09/19/19 | J | | |
| 22. | | | | | | Buy (add'l) | 12/09/19 | J | | |
| 23. | Vanguard Growth Index Fund ETF (VUG) | B | Dividend | M | T | Buy (add'l) | 01/07/19 | J | | |
| 24. | | | | | | Sold (part) | 03/20/19 | K | B | |
| 25. | | | | | | Sold (part) | 06/13/19 | J | A | |
| 26. | | | | | | Sold (part) | 09/19/19 | J | A | |
| 27. | | | | | | Sold (part) | 12/09/19 | J | A | |
| 28. | Vanguard Intermediate Term Bd ETF (BIV) | D | Dividend | N | T | Sold (part) | 03/20/19 | J | | |
| 29. | | | | | | Sold (part) | 06/13/19 | J | A | |
| 30. | Vanguard Long Term Bond ETF (BLV) | B | Dividend | K | T | Sold (part) | 09/19/19 | J | A | |
| 31. | Vanguard Real Estate ETF (VNQ) | B | Dividend | K | T | Sold (part) | 06/13/19 | J | A | |
| 32. | Vanguard Short Term Bond ETF (BSV) | B | Dividend | L | T | Sold (part) | 01/07/19 | K | | |
| 33. | | | | | | Buy (add'l) | 03/20/19 | K | | |
| 34. | | | | | | Buy (add'l) | 06/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 02/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 09/19/19 | J | | |
| 36. | | | | | Buy<br>(add'l) | 12/09/19 | J | | |
| 37. Vanguard Total Intl Bond ETF (BNDX) | B | Dividend | L | T | Buy<br>(add'l) | 03/20/19 | L | | |
| 38. | | | | | Buy<br>(add'l) | 12/09/19 | J | | |
| 39. Vanguard Value Index Fund ETF (VTV) | D | Dividend | M | T | Buy<br>(add'l) | 01/07/19 | J | | |
| 40. | | | | | Sold<br>(part) | 03/20/19 | J | A | |
| 41. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 42. | | | | | Sold<br>(part) | 12/09/19 | J | A | |
| 43. Janus Henderson High Yield Fund T (JAHYX) | C | Dividend | L | T | | | | | |
| 44. IRA #2 (H) | | | | | | | | | |
| 45. Vanguard FTSE Developed Mkts ETF (VEA) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 02/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anne Y. Shields**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544